UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE ELLIS,<br><br>                              Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.:  22-CV-955 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE**<br><br>(ECF No. 29) |

Presently before the Court is the Parties' Joint Motion to Dismiss Entire Case ("Joint Mot.," ECF No. 29).  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** remaining Defendants San Diego County Credit Union  and Experian Information Solutions, Inc.  Each Party shall bear its own costs and

/ / /

/ / /

/ / /

/ / /

/ / /

1

22-CV-955 JLS (MDD)

attorneys' fees.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated:  February 23, 2023

Hon. Janis L. Sammartino
United States District Judge

22-CV-955 JLS (MDD)